IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02828-MSK-MJW

JAMES S. GRADY,

Plaintiff(s),

v.

JEREMY LAMBERT, aka "watergod,"

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion for Leave to Appear Telephonically for Scheduling Conference Set for January 15, 2014 (Docket No. 16) is granted.  Defense counsel shall call the court at (303) 844-2403 on January 15, 2014, at 10:00 a.m.

Date: January 13, 2014