IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-02828-MSK-MJW

JAMES M. GRADY,

   Plaintiff,

v.

JEREMY LAMBERT,

  Defendant.

---

## JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order by Chief Judge Marcia S. Krieger (**Doc. #37**) filed on September 29, 2015, granting in part and denying in part Plaintiff's Motion for Summary Judgment (**Doc. #34**), it is

ORDERED that:

Judgment is entered in favor of plaintiff and against defendant as follows:

ORDERED that the Court permanently ENJOINS Mr. Lambert from infringing upon any of Mr. Grady's copyrights, including copying, republishing, or reposting Mr. Grady's copyrighted photographs, videos, or other materials, in any public or private forum or medium, without first obtaining Mr. Grady's permission.

Dated this 29th day September, 2015.

                                  ENTERED FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                                  s/Patricia Glover
                                    Deputy Clerk