**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Chief Judge Marcia S. Krieger**

**Civil Action No. 13-cv-02828-MSK-MJW**

**JAMES S. GRADY,**

    **Plaintiff,**

**v.**

**JEREMY LAMBERT,**

    **Defendant.**

___

**JUDGMENT**
___

**THIS MATTER** comes before the Court pursuant to Mr. Grady's request that the Court enter a monetary judgment on his behalf and against the Defendant Jeremy Lambert following entry of summary judgment with regard to copyright claims on September 29, 2015. Proper notice was given to Mr. Lambert who did not timely file any objection.

Mr. Grady submitted an affidavit of loss **(# 57)**. Mr. Lambert did not respond. Mr. Grady requests statutory damages in the amount of $30,000 for each of his 125 copyright registrations, totaling $3,750,000.[1] This request is consistent with the statute governing damages for copyright infringement. *See* 17 U.S.C. § 504.

---

[1] Mr. Grady also requested an award of costs and attorney fees. However, he did not submit an affidavit in support of this request. Therefore, it is denied.

**IT IS ORDERED** that Judgment is entered on behalf of the Plaintiff James S. Grady and against Jeremy Lambert in the amount of $3,750,000, which shall accrue interest at the statutory, post-judgment interest rate.

Dated this 4th day of January, 2017.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
Chief United States District Judge